**In re John William COLEMAN, Relator.**

**No. 04–10–00655–CR.**

Court of Appeals of Texas, San Antonio.

April 27, 2011.

Stephen Foster, Simpson, Foster & Gold, L.L.P., San Antonio, TX, for Appellant.

Amos L. Barton, District Attorney, Kerrville, TX, for Appellee.

Sitting: CATHERINE STONE, Chief Justice, SANDEE BRYAN MARION, Justice, STEVEN C. HILBIG, Justice.

### OPINION

PER CURIAM.

The court has considered the petition for a writ of prohibition filed by relator, John William Coleman, and the response of the real party in interest, and is of the opinion that relief should be denied. *See* Tex. R.App. P. 52.8(a). Accordingly, relator's petition for a writ of prohibition is denied. Relator's motion for leave to file the petition is dismissed as moot.

The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.